

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1039-14

### JOSE GUADALUPE RODRIGUEZ ELIZONDO, Appellant

### v.

### THE STATE OF TEXAS

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE THIRTEENTH COURT OF APPEALS
### HIDALGO COUNTY

YEARY, J., filed a dissenting opinion in which KELLER, P.J., and HERVEY, J., joined.

### DISSENTING OPINION

I agree with most of what is in the majority opinion and would join it but for its ultimate disposition of the case. I would remand the case for the court of appeals to conduct the harm analysis.

FILED: April 6, 2016
PUBLISH